O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RUBEN MARTINEZ, JR., | ) | Case No. CV 11-4617-AG (OP) |
| | ) | |
| Petitioner, | ) ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND |
| v. | ) | RECOMMENDATIONS OF |
| | ) | UNITED STATES MAGISTRATE |
| LELAND McEWEN, Warden, | ) | JUDGE |
| | ) | |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, the Final Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections thereto to the original Report and Recommendation. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

IT IS ORDERED that Judgment be entered: (1) accepting this Final Report and Recommendation; and (2) directing that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: April 30, 2012

HONORABLE ANDREW J. GUILFORD
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge